IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICKIE WAYMACK, Individually and
as Administrator of the Estate of Samuel
Tucker, deceased                                                                        PLAINTIFF

v.                              No. 4:22-cv-1095-DPM

PRAIRIE SNF OPERATIONS, LLC and
John and Jane Does 1-20                                                              DEFENDANTS

## ORDER

The joint motion to stay, *Doc. 10*, is granted as modified. This case is stayed and administratively terminated. *Green v. SuperShuttle International, Inc.*, 653 F.3d 766, 769–70 (8th Cir. 2011). Any party may move, in due course, to reopen and enforce any arbitral decision. 9 U.S.C. § 3. If no party requests action before 12 April 2024, the Court will lift the stay and dismiss this case without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 April 2023