IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICKIE WAYMACK, Individually and
as Administrator of the Estate of Samuel
Tucker, deceased                                                          PLAINTIFF

v.                       No. 4:22-cv-1095-DPM

PRAIRIE SNF OPERATIONS, LLC and
John and Jane Does 1-20                                                  DEFENDANTS

## JUDGMENT

Waymack's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024